# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-51361
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ROBIN RENEE HAIGLER,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:16-CR-39-3

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Robin Renee Haigler has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Haigler has filed several responses.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 16-51361

The record is insufficient to permit us to consider Haigler's claim that she was induced to plead guilty by her trial counsel's unkept promises regarding sentencing and his failure to explain the plea process. *See United States v. Corbett*, 742 F.2d 173, 176–78 (5th Cir. 1984). She may raise such claims in a 28 U.S.C. § 2255 motion. *Id.* at 178 n.11. Nor do we reach Haigler's remaining ineffective-assistance-of-counsel claims, as this is not one of the "rare cases in which the record allows a reviewing court to fairly evaluate the merits of the claim" on direct appeal. *United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014) (quotation marks omitted).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Haigler's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.